**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Delawaere
                        (State)

Case number *(if known):* _____ Chapter 11

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | CREATIVEMASS ENTERPRISES US LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** | _____ |
| | Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 3 8 - 4 1 3 9 0 4 6 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| Level 6, 18 Oliver Lane | 264 Whittier Place |
| Number    Street | Number       Street |
| | P.O. Box |
| Melbouren,          VIC    3000 | Wilmington          DE      19808 |
| City                State    ZIP Code | City                State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| County | Number       Street |
| | City                State    ZIP Code |

5. **Debtor' s website (URL)**    n/a

Debtor   <u>CREATIVEMASS ENTERPRISES US LLC</u>
         Name

Case number *(if known)* _____

---

**6.  Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>5</u>  <u>1</u>  <u>3</u>  <u>2</u>

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☒ A plan is being filed with this petition.

☒ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When _____ Case number _____
                                      MM / DD / YYYY

       District _____ When _____ Case number _____
                                      MM / DD / YYYY

---

Debtor    CREATIVEMASS ENTERPRISES US LLC    Case number *(if known)* _____
_____
            Name

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes. Debtor    CREATIVEMASS HOLDINGS, INC.    Relationship    Parent

District    Delaware    When    04/14/2025
                                                        MM / DD / YYYY

Case number, if known    _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number          Street

_____

_____
City                    State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

---

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

Debtor    CREATIVEMASS ENTERPRISES US LLC
_____    Case number *(if known)* _____
Name

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☒ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☒ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/14/2025
MM / DD / YYYY

X  /s/ Claudia Z. Springer                            Claudia Z. Springer
Signature of authorized representative of debtor      Printed name

Title  Chief Restructuring Officer

**18. Signature of attorney**

X  /s/ Joseph C. Barsalona II               Date  04/14/2025
Signature of attorney for debtor                  MM / DD / YYYY

Joseph C. Barsalona II
Printed name
Pashman Stein Walder Hadyen, P.C.
Firm name
824 North Market Street, Suite 800
Number            Street
Wilmington                          DE        19801
City                                State     ZIP Code

302-592-6496                        jbarsalona@pashmanstein.com
Contact phone                       Email address

6102                                DE
Bar number                          State

**OMNIBUS UNANIMOUS WRITTEN CONSENT**

**OF THE**

**GOVERNING BODIES**

**OF**

**CREATIVEMASS HOLDINGS, INC. &**
**CREATIVEMASS ENTERPRISES US LLC**

**APRIL 4, 2025**

The undersigned, being all of the directors or managers (each, a "Governing Body" and collectively, the "Governing Bodies"), of Creativemass Holdings, Inc. and Creativemass Enterprises US LLC (each a "Company" and collectively, the "Companies"), in such capacity, do hereby adopt the resolutions hereinafter set forth as the action of each Governing Body in accordance with such Company's bylaws, limited liability company agreement, or other governing documentation (the "Organizational Documents") as applicable, and Delaware law, as applicable.

**WHEREAS**, the Companies are unable to satisfy their current financial obligations to their creditors and the Governing Bodies having received, considered, and had discussions with counsel; and

**WHEREAS**, it appearing in the business judgement of the Governing Bodies that it is in the best interests of the Companies and their creditors to file a Voluntary Petition for relief under Chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code") for each Company; it is hereby

**RESOLVED,** that the Companies each initiate a case (each a "Case" and collectively, the "Cases") under Chapter 11, subchapter V, of the Bankruptcy Code in the United States Bankruptcy Court District of Delaware; and it is further

**RESOLVED**, that the Company shall employ and retain Pashman Stein Walder Hayden, P.C. as bankruptcy counsel for the Companies, Novo Advisors, LLC as financial advisor for the Companies, and Claudia Z. Springer as Chief Restructuring Officer ("CRO") or the Companies; it is hereby

**RESOLVED**, that Claudia Z. Springer, as CRO, or such other person as the Governing Bodies shall authorize, is authorized and directed to prepare or cause to be prepared all documents, petitions, pleadings, and other instruments necessary or appropriate, including any financing facilities, to commence and prosecute a case under the Bankruptcy Code (the "Instruments") on behalf of the Companies and to sign and execute any such Instruments and such other documents as may be required from time to time to manage the Cases; and it is further

1

**RESOLVED**, that the CRO and other officers of the Companies (each, an "<u>Authorized Officer</u>") be, and each of them hereby is, authorized on behalf of the Companies to execute, verify and file all petitions, schedules, lists and other papers or documents, and to take and perform any and all further actions and steps that any such Authorized Officer deems necessary, desirable and proper in connection with the Cases, with a view to the successful prosecution of such Cases; and it is further

**RESOLVED**, that in connection with the commencement of the Cases, the Authorized Officer be and hereby are, authorized and empowered on behalf of, and in the name of, the Companies, to negotiate, execute and deliver a cash collateral agreement and/or debtor-in-possession loan facility and the related guarantees thereto (including, in connection therewith, such notes, security agreements, and other agreements or instruments as such officers consider appropriate) on the terms and conditions such officer or officers executing the same many consider necessary, proper or desirable, such determination to be conclusively evidenced by such execution or the taking of such action, and to consummate the transactions contemplated by such agreements or instruments on behalf of the Companies and any affiliates; and it is further

**RESOLVED**, that the actions of the CRO shall at all times be in accordance with the Organizational Documents of the Companies and any amendments thereto.

*[Remainder of Page Intentionally Left Blank]*

**IN WITNESS WHEREOF**, the undersigned, being all of the members of the board of directors of Creativemass Holdings, Inc., having adopted the foregoing resolutions as of the date first set forth above.

**CREATIVEMASS HOLDINGS, INC.**

Alexander Ulrich (Apr 5, 2025 09:44 GMT+11)

Alex Ulrich, Director

**IN WITNESS WHEREOF**, the undersigned, being the sole manager of Creativemass Enterprises US LLC, having adopted the foregoing resolutions as of the date first set forth above.

**CREATIVEMASS HOLDINGS, INC.,**
as sole manager of Creativemass Enterprises US LLC

By: Creativemass Holdings, Inc.
as its sole member

By: _____
Alexander Ulrich (Apr 5, 2025 09:44 GMT+11)

     Name: Alex Ulrich
     Title: Director

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re | Chapter 11 |
| CREATIVEMASS ENTERPRISES US LLC, | Case No. 25-_____ (__) |
| Debtor.[1] | |

## CORPORATE OWNERSHIP STATEMENT AND LIST OF EQUITY HOLDERS

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are equity holders, other than governmental units, that directly or indirectly own 10% of more of any class of the Debtors equity interests:

| Name and last known address or place of business of holder | Percentage of Ownership |
|---|---|
| Creativemass Holdings, Inc.<br><br>1209 N. Orange Street<br>Wilmington, Delaware 19801 | 100% |

---

[1]     The last four digits of the Debtor's federal identification numbers are: (9046). The Debtor's mailing address is 1209 N. Orange St., Wilmington, Delaware 19801.

**Fill in this information to identify the case:**

Debtor name  CREATIVEMASS ENTERPRISES US LLC

United States Bankruptcy Court for the: _____ District of Delaware
                                                                                    (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | American Express CT Corporation System 28 Liberty Street New York, New York 10005 | | Credit card debt | | | | $32,917.77 |
| 2 | Alfredo Miranda Address on file | | Unpaid wages | | | | $5,559.37 |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |

**Fill in this information to identify the case and this filing:**

Debtor Name  CREATIVEMASS ENTERPRISES US LLC

United States Bankruptcy Court for the: _____ District of  Delaware
                                                                    State)

Case number *(if known):* _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration    Corporate Ownership Statement _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/14/2025            ✗ /s/ Claudia Z. Springer _____
             MM / DD / YYYY            Signature of individual signing on behalf of debtor

                                    Claudia Z. Springer _____
                                    Printed name

                                    Chief Restructuring Officer _____
                                    Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re | Chapter 11 |
| CREATIVEMASS ENTERPRISES US LLC, | Case No. 25-_____ (__) |
| Debtor.[1] | |

## **VERIFICATION OF CREDITOR MATRIX**

I, the Chief Restructuring Officer of the corporation named as the debtor in this case,

hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: April 14, 2025

*/s/ Claudia Z. Springer*
Claudia Z. Springer
Title: Chief Restructuring Officer

---

[1]     The last four digits of the Debtor's federal identification numbers are: (9046). The Debtor's mailing address is 1209 N. Orange St., Wilmington, Delaware 19801.

0581 Pty Ltd ATF 0581 Investment Trust
c/o Henry William Lawyers
Attn: Mark Faraday
GPO Box 4313
Sydney NSW 2001 Australia

0581 Pty Ltd ATF 0581 Investment Trust
c/o Henry William Lawyers
Attn: Mark Faraday, Sarah Harris
420 George Street
Suite 1, Level 27
Sydney NSW 2000 Australia

789 Pty Ltd
139 Macquarie Street
Suite 1.03, Level 1
Sydney NSW 2000 Australia

A & S Smyrnis Super Pty Ltd ATF A & S Smyrnis Superannuation Fund
Address on File

A.C.N. 105741268 Pty Ltd ATF Thomas Carlisle Family Trust
150 Albert Road, Suite 19
South Melbourne VIC 3205 Australia

Aadarsh Ram
Address on File

ABRM Capital Pty Ltd ATF The Makkar Family Trust
28/21 Park Lane
South Yarra VIC 3141 Australia

Adstan Corp Pty Ltd ATF JDC Investment Trust
c/o Pitcher Partners
PO Box 1297
Melbourne VIC 3001 Australia

AG Investment Fund Pty Ltd
c/o Pitcher Partners
PO Box 1297
Melbourne VIC 3001 Australia

Alec Law
Address on File

Alexander Walker
Address on File

Alfredo Miranda
Address on File

Alice Broun

Address on File

Alison Low
Address on File

Alpha Swartz Solutions Pty Ltd ATF Alpha Swartz Super Fund
44 Windsor Avenue
Mckinnon VIC 3204 Australia

Alternative Private Investments Pty Ltd ATF ARSAM Family Trust
PO Box 4215
Balgowlah Heights NSW 2093 Australia

Alternative Private Investments Pty Ltd ATF ARSAM Superfund
PO Box 4215
Balgowlah Heights NSW 2093 Australia

Alto IRA Empire Trust Custodian FBO Karl Heckenberg Traditional IRA
Address on File

Alwyn Hung
Address on File

American Express
c/o CT Corporation System
28 Liberty Street
New York NY 10005

AMP New Ventures Holdings Pty Ltd

Andrew Hill and Kate Dufficy
Address on File

Andrew Poulos and Caroline Carr-Gomm ATF Poulos Carr-Gomm Family Trust
Address on File

Andrew Scarr
Address on File

Ashleigh Gonzalez
Address on File

Ashley Hasforth
Address on File

Azalea Nominees Pty Ltf ATF Ivak Family Trust
Address on File

Bani Ahuja
Address on File

Barking Spiders Holdings Pte Ltd

Address on File

Barnaby James Giudice
Address on File

Beddison Corporation Pty Ltd ATF Beddison International Unit Trust
c/o Pitcher Partners
PO Box 1297
Melbourne VIC 3001 Australia

Bindula Pty Ltd ATF S & M Family Trust
Address on File

BK Lancaster Investments Pty Ltd ATF Lancaster Family Trust
Address on File

Blarret Pty Ltd ATF The Garret Dixon Superannuation Fund
PO Box 3118 Broadway
Nedlands WA  Australia

Blarret Pty Ltd ATF The Garret Dixon Superannuation Fund
Address on File

Bonbeau Pty Ltd ATF Bonnie Dog Investment Trust
c/o Pitcher Partners
PO Box 1297
Melbourne VIC 3001 Australia

Bonnie Robotham
Address on File

Boodup Nominees Pty Ltd ATF Otter Superannuation Fund
c/o Pitcher Partners
PO Box 1297
Melbourne VIC 3001 Australia

Boutique Capital Pty Ltd ATF WealthLander Diversified
3 Eden Street, Suite 211
North Sydney NSW 2060 Australia

Bradley Peter Stinson and Melanie Gaye Stinson ATF Brad Stinson Superannuation Fund
Address on File

Bruce David Auld and Antonia Lillian Auld ATF Auld Superannuation Fund
c/o Morrows Level 13
Freshwater Place
2 Southbank Boulevard
Southbank VIC 3006 Australia

Cameron Rail
Address on File

Charles Macek
Address on File

Chase Bank
700 Kansas Lane
Mail Code LA4-7100
Monroe LA 71203

Chefley Pty Ltd ATF The Edward Thomas Trust
c/o Pitcher Partners
PO Box 1297
Melbourne VIC 3001 Australia

Chris Champion
Address on File

Chris Zajicek
Address on File

Christophe Zajicek
Address on File

Christopher Colin Kelly
Address on File

Christopher Gatherer
Address on File

CJL Family Holdings Pty Ltd ATF CJ Family Trust
Address on File

CJLH05 Pty Ltd ATF Brazendale Family Trust
Address on File

Corvine Solutions Pty Ltd
Address on File

CPS Jr & KDS IRRV TR UA 6/25/2021 FBO C Porter Schutt III
Address on File

CPS Jr & KDS IRRV TR UA 6/25/2021 FBO Jacob F Schutt
Address on File

CPS Jr. & KDS IRRV TR UA 6/25/2021 FBO Katharine D Schutt 2nd
Address on File

Creativemass Hong Kong Limited

Cregan Holdings Pty Ltd as trustee for the T&D Cregan Superannuation Fund
Address on File

CSPN Investments Pty Ltd ATF CSPN Investment Trust

Daisy Beddison
c/o Pitcher Partners
PO Box 1297
Melbourne VIC 3001 Australia

DAM Superannuation Pty Ltd ATF DAM Superannuation Fund
c/o Pitcher Partners
PO Box 1297
Melbourne VIC 3001 Australia

David Banks
Address on File

David Jacob Matkovic
c/o Brighton Jetty Bakery
Shop 1, 83 Jetty Road
Brighton SA 5048 Australia

DBA Corp Pty Ltd ATF Dennis Brandt Family Trust
Address on File

Dean Nightingale
Address on File

Dean Stanley & Rachel Stanley ATF Dean Stanley Family Trust
c/o Pitcher Partners
PO Box 1297
Melbourne VIC 3001 Australia

Denning Investment Group Pty Ltd ATF MDWA Family Trust
Address on File

Diana Barton Cregan
Address on File

DML Superannuation Pty Ltd ATF DML Superannuation Fund
c/o Pitcher Partners
PO Box 1297
Melbourne VIC 3001 Australia

Dream Fairways Pty Ltd ATF Bedford Family Trust
c/o Pitcher Partners
PO Box 1297
Melbourne VIC 3001 Australia

DWB Developments Pty Ltd ATF The D Burden Family Trust
Address on File

Edward Fouche ATF ELDS FAMILY TRUST
Address on File

Egartibra Pty Ltd ATF The Fief Trust
Address on File

Elliebear Holdings Pty Ltd ATF Jackhammer Trust
Address on File

Ernst & Young
1540 Broadway, 25th Floor
New York NY 10036

Errol Lee ATF Merrol Family Trust
Address on File

Extravaganza Pty Ltd ATF Davis Super Fund
Level 3, 66 Kings Park Road
West Perth WA 6005 Australia

Flourish Super Pty Ltd ATF Flourish S/F A/C
PO Box 40
Esperance WA 6450 Australia

Foley & Lardner LLC
Attn: Michael Small
321 N Clark Street, Suite 3000
Chicago IL 60654

Geoff Counsel
Address on File

GEPL Pty Ltd ATF Gremma Superannuation Fund
PO Box 467
Paddington NSW 2021 Australia

Golden Square Investments Pty Ltd ATF Golden Square Investments Trust
Level 13, 664 Collins Street
Melbourne VIC 3008 Australia

Golden Square Investments Pty Ltd ATF Golden Square Investments Trust
c/o Pitcher Partners
PO Box 1297
Melbourne VIC 3001 Australia

Gouldson Pty Ltd ATF The J & C Family Trust
Address on File

Greg Kirk
Address on File

Gregory Low & Alison Low ATF Carpe Diem Superannuation Fund
Address on File

Grosse Pointe Pty Ltd ATF Daniel Family Trust

Address on File

Gusto
525 20th Street
San Francisco CA 94107

Harvest Lane Asset Management Pty Ltd ATF The Absolute Return Fund
139 Macquarie Street
Suite 1.03, Level 1
Sydney NSW 2000 Australia

Heidi HD Langston
Address on File

High Performance Consulting Group Pty Ltd

High Pressure Holdings Pty Ltd ATF The Simple Life Trust
Address on File

Hilah E Schutt and Jacob F. Schutt ATF Schutt Family Living Trust
Address on File

Hillside Super Fund Pty Ltd ATF Hillside Superannuation Fund

Hung Family Capital Pty Ltd ATF Hung Family Trust
Address on File

Hunter Holzhauer
Address on File

Implemented Portfolios Limited a/k/a IPL Sellers Pty Ltd ATF IPL Sellers Unit Trust
PO Box 467
Paddington NSW 2021 Australia

IRAR Trust FBO John Hulwick 3600537
Address on File

Irwin Hung
Address on File

J&M (VIC) Pty Ltd ATF Macfarlane Family Trust
Address on File

J.R. & F.E. Dew
Address on File

Jacob Schutt
Address on File

James Howell
Address on File

Janice Enid Bossong & Steven Martin Bossong ATF Bossong Family Super Fund
189 Planet Street
Welshpool WA 6106 Australia

Janice Enid Bossong & Steven Martin Bossong ATF Bossong Family Super Fund
c/o Koda Kapital
Kings Park Road
West Perth WA 6005 Australia

Jared Erb
Address on File

Jason Rich
Address on File

Jason Yates
Address on File

Jazzgold Holdings Pty Ltd ATF M & K Taylor Superannuation Fund
Address on File

Jemalong Pty Ltd ATF Kansas City Shuffle Trust

Jemas Pty Ltd ATF The Jemas Trust
Address on File

Jessica Matthews
Address on File

Joel Tomaino
Address on File

John Langston
Address on File

Jordan Epstein
Address on File

Joshua Michael Lee
c/o Piper Alderman
Attn: Nick Burkett
GPO Box 3134
Brisbane QLD 4001 Australia

Joshua Michael Lee
Address on File

Jules Sancho Cooper ATF The Jules Cooper Family Trust No 1
Address on File

Julie Norville
Address on File

Karma Aps 2900 Hellerup
Address on File

Kate Schutt Revocable Trust
Address on File

Katharine D. Schutt Residuary Trust
Address on File

Katie McMaster
Address on File

Kongruent Pty Ltd ATF Kongruent Unit Trust
c/o Pitcher Partners
PO Box 1297
Melbourne VIC 3001 Australia

Kruczynscy Spolka Komandytowa
Ul. Bukowska 41
Dabrowa  62-070 Poland

Kulbeer Singh
Address on File

Laidlaw Family Investments Pty Ltd ATF Laidlaw Family Investment Trust
c/o Pitcher Partners
PO Box 1297
Melbourne VIC 3001 Australia

Lansy Ptd Ltd ATF BKL Super Fund
Address on File

Lavaredo Pty Ltd ATF B and J Superannuation Fund
Address on File

Lijedabre Pty Ltd ATF Lijedabre Family Trust
Address on File

Linkenholt Pty Ltd Superannuation Fund
c/o Pitcher Partners
PO Box 1297
Melbourne VIC 3001 Australia

Little Manly Pty Ltd ATF Little Manly Superannuation Fund
Address on File

Little One Investments Pty Ltd ATP Little One Investment Trust
c/o Pitcher Partners
PO Box 1297
Melbourne VIC 3001 Australia

Macca Global Pte Ltd
Address on File

Macona Inlet Pty Ltd ATF Davidson Investments Trust
c/o Pitcher Partners
PO Box 1297
Melbourne VIC 3001 Australia

Macona Inlet Pty Ltd ATF Davidson Investments Trust
Address on File

Mahdeen Sirrah Pty Ltd Trustee for Needham Super Fund

Mainstream Fund Services Pty Ltd ACF Frazis Venture Fund

MAN Holdings Pty Limited ATF Nelson Hybrid Trust
Level 10 Hudson House
131 Macquarie Street
Sydney NSW 2000 Australia

Mana Global PDE LTD
331 North Bridge Road #17-05
Odeon Towers  188720 Singapore

Mana Global PDE LTD
Address on File

Manisha Manisha
Address on File

Manivannan Moorthy
Address on File

Manuel Anton
Address on File

Marauders Pty Ltd ATF HH & KM G.S Superfund

Martyn Jacobs
Address on File

Mason Group (Aust) Pty Ltd ATF Mason Family Trust
Address on File

Matthew & Kate Swartz
Address on File

Maxwell Epstein
Address on File

McLaughlin Developments Pty Ltd
Address on File

Meghana Desaraju
Address on File

Melissa Patil
Address on File

Michael Considine
Address on File

Michael Jabour
Address on File

MLBT Pty Ltd ATF The Muhlmann Super Fund
Level 3, 66 Kings Park Road
West Perth WA 6005 Australia

Mocha Capital Pty Ltd ATF Mocha Superannuation Fund
Address on File

Mostily Good Pty Ltd ATF Mostily Good Super Fund
Level 29, 101 Collins Street
Melbourne VIC 3001 Australia

MSL Superannuation Fund Pty Ltd ATF MSL Superannuation Fund
c/o Pitcher Partners
PO Box 1297
Melbourne VIC 3001 Australia

Muhlbauer Investments Pty Ltd ATF The Muhlbauer Family Trust
Address on File

Nathan Junior Pty Ltd ATF G & SL Chapeikin Superannuation Fund
Address on File

National Nominees Limited
139 Macquarie Street
Suite 1.03, Level 1
Sydney NSW 2000 Australia

Nettstan Nominees Pty Ltd ATF BEMM Super Fund
c/o Pitcher Partners
PO Box 1297
Melbourne VIC 3001 Australia

Nicholas Sullivan
c/o Pitcher Partners
PO Box 1297
Melbourne VIC 3001 Australia

Nicholas Winkley
Address on File

Nicholson Investments No 1 Pty Ltd ATF The Nicholson Investments Superannuation Fund
Address on File

Nirupa Kashyap
Address on File

Norman M Boone & Linda Lubitz Boone
Address on File

OFA Engelbrecht Super Fund Pty Ltd ATF OFA Engelbrecht Superfund
Address on File

Old Trafford Investments Pty Ltd ATF The Old Trafford Trust
Address on File

Olivier Rey Lescure
Address on File

Ompur Pty Ltd ATF P & HP Panchal Family Trust
Address on File

On The Grove ATF Kennedy Family Trust
Address on File

P&N Investments Pty Ltd ATF Partridge Needham Super Fund

Partner Solutions Capital Group, LLC
Address on File

Pat Needham
Address on File

Patrick Gardner ATF The Gardner Family Trust
Address on File

Paul McGreal
c/o Adaptive Chartered Accountants
Level 10, 1 Newland Street
Bondi Junction NSW 2022 Australia

Peter David Cook & Kerryn Anne Cook
Address on File

Pethol (VIC) Pty Ltd ATF MACDY No.5 Super Fund
Address on File

Pierce Wittke
Address on File

Pramesh Ram ATF Papa Business Trust

Pranali Dhoke
Address on File

Provista Holdings Pty Ltd
Address on File

Pulse Touring Pty Ltd ATF Pulse Touring Trust

Quinlynton Pty Ltd ATF Purser Super Fund A/C
"Corio"
Piawaning WA 6572 Australia

Radom 1904 Pty Ltd ATF Radom Trust
Address on File

Rashmi Gupta
Address on File

Remy Rey Lescure
Address on File

Richard Jackson
Address on File

Richard Lumb
Address on File

Richmond Capital Pty Ltd ATF Richmond Capital Superannuation Fund
c/o Pitcher Partners
PO Box 1297
Melbourne VIC 3001 Australia

Rishi Ram & Shiromani Ram ATF Ram Superannuation Fund
Address on File

Ritsuko Tsunoda
c/o Ashby & Geddes
Attn: Gregory A. Taylor
PO Box 1150
Wilmington DE 19899

Ritsuko Tsunoda
Address on File

Robyn Ann Chalmers
Address on File

Rochelle Brooke-Stowe
Address on File

Rodolfo Soto
Address on File

Rodrigo Gonzalez
Address on File

Rosa G. Rios
c/o Rudy, Exelrod, Zieff & Lowe, LLP
Attn: David A. Lowe, William P. McElhinny, Jessica P. Spierer
351 California Street
Suite 700
San Francisco CA 94104

Rosa G. Rios
Address on File

Rudolf Boeddinghaus & Nicole Hemsley ATF Boeddinghaus Superannuation Fund
Address on File

Sadhna Narayan
Address on File

Sam Beddison
c/o Pitcher Partners
PO Box 1297
Melbourne VIC 3001 Australia

Sam Dar
Address on File

Sam Macfarlane
Address on File

Samar Equity Pty Ltd ATF The Maroo Superannuation Fund

Sandy Nguyen
Address on File

Sanguinius Investments Pty Ltd ATF Sanguinius Super Fund
Address on File

Santee LLC
Address on File

Sarah Baxter
Address on File

Sarah Jane Ordonez
Address on File

Sarlat Inv Pty Ltd ATF The Snowbird Super Fund
Address on File

Schutt Family Living Trust

Address on File

Sea Dreaming Pty Ltd ATF Sea Dreaming Family Trust
Address on File

Sean Baker & Jacqueline Baker ATF SJ Bakes SMSF
Address on File

Sean Hardy
Address on File

Seeg Pty Ltd ATF SSP3 Fund
Address on File

Servo Capital Pty Ltd
Address on File

Seveneuroka Pty Ltd ATF Seveneuroka Trust
Address on File

Shahana Anderson
Address on File

Shamant Ram
Address on File

Shane Soppe
Address on File

Sheo Super Pty Ltd ATF Sheo Super Fund

Siddharthar Tamilselvan and Lavanya Theagarajan ATF Srivarivenkatan Trust
Address on File

Skiffington Super Pty Ltd ATF The Mark Skiffington S/F A/C
Address on File

Skihard Enterprises Pty Ltd ATF C&C Grogan Family Trust
Address on File

SM East Super Pty Ltd ATF SM Super Fund
Level 28, 25 Bligh St
Sydney NSW 2000 Australia

Smith Nominees Pty Ltd ATF Smith Family Superannuation Fund
PO Box 250
Parkwood WA 6147 Australia

Solaris Medical Enterprises ATF The Pang Family Trust
Address on File

Sophie Lewis

Address on File

Steilco Pty Limited ATF Steilco Trust
Address on File

Stephanie Superannuation Pty Ltd ATF Stephanie Super Fund
Address on File

Stevtel Investments Pty Ltd ATF DCS Testamentary Trust
Address on File

Sunseem Pty Ltd
Address on File

TBK CPA!
5718 Westheimer Road
Suite 1600
Houston TX 77057

Tegan Quirk
Address on File

Terstan Nominees Pty Ltd ATF Morrows Pty Ltd Superannuation Fund
c/o Pitcher Partners
PO Box 1297
Melbourne VIC 3001 Australia

Terstan Nominees Pty Ltd ATF Morrows Pty Ltd Superannuation Fund
Address on File

The Nachman Revocable Trust
Address on File

Thom Bake Pty Ltd ATF Brett Baker Family Trust
Address on File

Thomas & Rebecca Ulrich ATF The Ulrich Family Trust
Address on File

Ulrich Family Pty Ltd ATF The Ulrich Family Trust
Address on File

Ulrich Family Pty Ltd ATF Ulrich Family Trust
Address on File

Ushan Lokuge and Vipuli Gunawardana ATF Swims Family Trust
Address on File

Venket Naidu ATF VCDA Trust
Address on File

Ventures 2040 Pty Limited

Victoria Mary McDonald
Address on File

Vien Luong
Address on File

Vikas Virani
Address on File

Visarious Enterprises Pty Ltd ATF SPD Trust
Address on File

Wandi Jacks Pty Ltd ATF LeMessurier Superannuation Fund
Address on File

Wavell Brockman Pty Ltd ATF Jagia S/F A/C
Address on File

Wontvoni Pty Ltd ATF MJS Superannuation Fund
Address on File

Xinyu Li ATF The Li Family Trust
PO Box 565
Clayfield QLD 4011 Australia

Yankee Devil Pty Ltd ATF Redback Buckeye Trust
c/o Entrust PMS
PO Box 5637
St Georges Tce
Perth WA 6831 Australia

Yongala Investments Pty Ltd ATF Kasian Super Fund
PO Box 143
Camberwell VIC 3124 Australia

Yongala Investments Pty Ltd ATF Yongala Family Trust
PO Box 143
Camberwell VIC 3124 Australia

Yuki Soga
Address on File

Zoran Ojurovic
Address on File

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CREATIVEMASS HOLDINGS, INC., *et al.*, [1] | Case No. 25-_____ (___) |
| Debtors. | Joint Administration Requested |
| | (Subchapter V) |

## <u>DECLARATION OF CLAUDIA Z. SPRINGER PURSUANT TO 11 U.S.C. § 1116(1)</u>

I, Claudia Z. Springer, hereby declare as follows:

1.      I am the Chief Restructuring Officer ("<u>CRO</u>") of Creativemass Holdings, Inc. and Creativemass Enterprises US LLC (collectively, the "<u>Debtors</u>").

2.      As the CRO of the Debtors, I am familiar with the Debtors' financial affairs and books and records.  Except as otherwise indicated, the statements set forth in this declaration are based upon my personal knowledge of the Debtors' financial affairs, information learned from my review of relevant documents, information supplied to me from the Debtors' advisors, or my own opinion based on my knowledge, experience and information concerning the Debtors' financial condition.  I am authorized to submit this declaration on behalf of the Debtors.  If called to testify, I could and would testify competently to the matters set forth in this declaration.

3.      Pursuant to 11 U.S.C. § 1116(1), I am aware that each Debtor is required to either: (1) append to its bankruptcy petition its most recent balance sheet, statement of operations, cash-flow statements and Federal income tax return; or (2) provide a statement that no such balance sheet, statement of operations, cash-flow statements and Federal income tax return exists.

---

[1]      The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are as follows Creativemass Holdings, Inc. (2172) and Creativemass Enterprises US LLC (9046). The Debtors' mailing address is 1209 N. Orange St., Wilmington, Delaware 19801.

4.      The following do not exist: (1) a 2024 or partial 2025 balance sheet for either Debtor; (2) a 2024 or partial 2025 statement of operations for either Debtor; (3) a 2024 or partial 2025 cash flow statement for either Debtor; and (4) a 2024 Federal tax return for either Debtor.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: April 14, 2025                          */s/ Claudia Z. Springer*_____
      Philadelphia, PA                          Claudia Z. Springer, CRO